GENESIS HEALTHCARE, Appellant Below, Appellant,

v.

DELAWARE HEALTH RESOURCES BOARD, Appellee Below, Appellee.

No. 214, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015

Decided: December 8, 2015

Reargument Denied December 22, 2015

DISMISSED.

SENTINEL TECHNOLOGIES, INC., a Delaware corporation, Tidel, Inc., a Delaware corporation, and Tidel Engineering, LP, a Texas limited partnership, Defendants/Counterclaim Plaintiffs Below–Appellants,

v.

REVOLUTION RETAIL SYSTEMS, LLC, a Delaware limited liability company, as successor to New Tidel Revolution, LLC, Plaintiff/Counterclaim Defendant Below–Appellee.

No. 640, 2015

Supreme Court of Delaware.

Submitted: December 16, 2015

Decided: December 22, 2015

DISMISSED.

Mary Jane LEGG, Defendant Below, Appellant,

v.

EVERBANK, Plaintiff Below, Appellee.

No. 649, 2015

Supreme Court of Delaware.

Submitted: December 15, 2015

Decided: December 22, 2015

DISMISSED.

Joseph G. WALLACE, Defendant Below, Appellant,

v.